Manglona.ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NORMAN A. MANGLONA, <br> Defendant | CRIMINAL CASE NO. 06-00056 <br> **INDICTMENT** <br> **ALIEN SMUGGLING** <br> [8 U.S.C. § 1324(a)(2)(B)(iii), <br> 18 U.S.C. § 2, and <br> 6 U.S.C. §§ 251 and 557] |

THE GRAND JURY CHARGES:

On or about February 27, 2004, within the District of Guam and elsewhere, the defendant, NORMAN A. MANGLONA, knowing or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien, to-wit: Jin Mu, and did not upon arrival of said alien immediately bring and present said alien to an appropriate immigration officer at a

//
//
//
//

designated port of entry, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 15th day of November, 2006.

A TRUE BILL.

_____
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney