# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**NORMAN A. MANGLONA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-06-00056** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, Guam 96910** | **413** |
| | Date and Time |
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **November 17, 2006 at 10:30 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **SEE BELOW**    United States Code, Section(s) _____

Brief description of offense:

**8 U.S.C. § 1324(a)(2)(B)(iii), 18 U.S.C. § 2 and 6 U.S.C. §§ 251 and 557 - ALIEN SMUGGLING**

| | |
|---|---|
| **VIRGINIA T. KILGORE, Deputy Clerk**<br>Name and Title of Issuing Officer | *(signature)*<br>Signature of Issuing Officer |
| **November 15, 2006**<br>Date | |

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
              Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.