# UNITED STATES DISTRICT COURT

DISTRICT OF        GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**NORMAN A. MANGLONA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-06-00056** |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, Guam 96910** | Room<br><br>**413** |
|---|---|
| | Date and Time<br>**November 17, 2006 at 10:30 a.m.** |
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    **SEE BELOW**    United States Code, Section(s) _____

Brief description of offense:

8 U.S.C. § 1324(a)(2)(B)(iii), 18 U.S.C. § 2 and 6 U.S.C. §§ 251 and 557 - ALIEN SMUGGLING

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**November 15, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date  11/15/2006

Service was made by me on:[1]  S/A KELLY S. HOYLE

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 117A SANTA CRUZ DR., CHALAN PAGO, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/16/06
Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.