
FILED
DISTRICT COURT OF GUAM
NOV 17 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>NORMAN MANGLONA,<br><br>Defendant. | CRIMINAL CASE NO. 06-00056<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to November 16, 2006.

Dated this 17th day of November, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM