# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED DISTRICT COURT OF GUAM NOV 29 2006 MARY L.M. MORAN CLERK OF COURT**

[ ] **Original Notice**                 [ ] **Notice of Disposition**

Date: __November 17, 2006__            Date: _____

By: __Joaquin V.E. Manibusan, Jr.__    By: _____
    __U.S. Magistrate Judge__

---

| | | | |
|---|---|---|---|
| Defendant: | MANGLONA, Norman Aquiningoc | Case Number: | USDC CR. CS. NO. 06-00056-001 |
| Date of Birth: | XX-XX-1962 | Place of Birth: | San Vicente, Saipan |
| SSN: | XXX-XX-8500 | | |

**NOTICE OF COURT ORDER** (Order Date: __November 17, 2006__)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  [ ] Not Convicted - PS40/Passport returned to defendant.
  [ ] Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  [ ] Convicted - PS40 and copy of judgment enclosed.

**ORIGINAL**