LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
NORMAN A. MANGLONA

**FILED**
DISTRICT COURT OF GUAM
DEC 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>NORMAN A. MANGLONA,<br><br>*Defendant.* | CRIMINAL CASE NO. 06-00056<br><br>DEFENDANT MANGLONA'S NOTICE AND REQUEST TO CHANGE HIS PLEA FROM "NOT GUILTY" TO "GUILTY" |

**COMES NOW**, Defendant, **NORMAN A. MANGLONA**, by and through his Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and hereby moves this Honorable Court to set a hearing date in order to allow Defendant, **NORMAN A. MANGLONA,** to change his plea from "not guilty" to "guilty".

Dated this 15th of December, 2006.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: _____
CYNTHIA V. ECUBE, ESQ.
*Attorney for Defendant*

**ORIGINAL**

CVE\gpm
L:Serve\CVE\My Documents\06-056\Clients Documents\Manglona, Norman\Notice of Change of Plea
Case 1:06-cr-00056   Document 11   Filed 12/15/2006   Page 1 of 2

# CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 15th day of December, 2006, I caused to be served by facsimile and personal service a copy of " Defendant Manglona's Notice and Request to Change of Plea" and "Order for Change of Plea Hearing and Proposed Order for Change of Plea Hearing" in Criminal Case No.: 06-00056.

KARON JOHNSON, ESQ.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary

CVE\gpm
L:Serv\My Documents\CVE Clients\Manglona, Norman\File of Change of Plea
Case 1:06-cr-00056   Document 31   Filed 12/15/2006   Page 2 of 2