**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
**NORMAN A. MANGLONA**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CRIMINAL CASE NO. **06-00056** |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **ORDER SETTING** |
| vs. | ) | **CHANGE OF PLEA HEARING** |
| | ) | |
| **NORMAN A. MANGLONA**, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

THIS MATTER HAVING come before the Court upon notice and request from the Defendant, **NORMAN A. MANGLONA**, and for good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the Change of Plea hearing in the above-entitled criminal matter shall be scheduled on Wednesday, December 27, 2006, at 10:30 A. M.

SO ORDERED on this 21st day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

*CVE\gpm*

*L:Server\My documents\CVE-Clients: Manglona, Norman\Order for Change of Plea*