# IN THE DISTRICT COURT OF GUAM
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 06-00056 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NORMAN A. MANGLONA, | Re-Calendaring Change of Plea Hearing |
| Defendant. | |

Based on a lack of adequate notice, the change of plea hearing previously scheduled for December 27, 2006, is hereby moved to Wednesday, January 3, 2007, at 11:00 a.m.

SO ORDERED this 27th day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**