# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00056                    DATE: January 03, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori            Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 11:09:26 - 11:30:47
CSO: F. Tenorio / L. Ogo

**APPEARANCES:**

Defendant: Norman A. Manglona            Attorney: Cynthia Ecube
☑ Present ☐ Custody ☐ Bond ☑ P.R.        ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson             U.S. Agent:
U.S. Probation: Christopher Duenas       U.S. Marshal: D. Punzalan
Interpreter:                             Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty. No written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: April 3, 2007 at 9:30 A.M.
- Presentence Report due to the parties: February 7, 2007.
- Presentence Report due to the Court: March 9, 2007.
- Defendant's oral motion to travel to Tinian on January 5, 2007 and to return to Guam January 10, 2007 was granted. The Court ordered defendant's passport to be released to him for travel purposes and for defendant to surrender it upon his return. No further written order will be forthcoming.
- Defendant released on bail as previously ordered by this Court.

NOTES: