IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> vs. <br><br> NORMAN A. MANGLONA, <br><br> Defendant. | CRIMINAL CASE NO. 06-00056 <br><br> **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), 18 U.S.C. § 2, 6 U.S.C. §§ 251 and 557, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on April 3, 2007 at 9:30 a.m.

IT IS SO ORDERED.

DATED this 23rd day of January 2007.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL