# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00056 |
| Plaintiff, | ) | |
| vs. | ) | |
| NORMAN A. MANGLONA, | ) | ORDER |
| Defendant. | ) | |

On November 17, 2006, the Court ordered the above-named defendant to surrender his passport as a condition of pretrial release. The Clerk of Court is directed to release the defendant's passport to the U.S. Probation Office. The U.S. Probation Office shall retain custody of the passport pending disposition of the case or until further order of the Court.

SO ORDERED this 6th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**