LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
NORMAN A. MANGLOÑA

**FILED**
DISTRICT COURT OF GUAM

FEB 27 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00056. |
| Plaintiff, | |
| vs. | DEFENDANT MANGLOÑA'S STATEMENT OF OBJECTIONS REGARDING THE DRAFT FINDINGS OF THE PSI REPORT |
| NORMAN A. MANGLOÑA, | |
| Defendant. | |

### I. INTRODUCTION

COMES NOW, Defendant, **NORMAN A. MANGLOÑA**, by and through his Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C.,** and hereby submits its Statement of Objections regarding the Draft Findings of the Pre-Sentence Investigation Report (hereinafter "Draft PSI Report") filed in the above-entitled criminal matter, herein.

### II. FACTUAL OBJECTIONS TO DRAFT PSI REPORT:

First of all, Defendant **MANGLOÑA** disputes the statements as contained in Paragraph 13 of the PSI. Defendant maintains that he had know knowledge of Mu Jin's intentions to enter Guam by boat. Defendant did purchase a cell phone and GPS handset for Mu Jin, but was informed by Jin that

**ORIGINAL**

CVE/abs
L:\CVE-CLIENTS\Manglona, Norman\Statement of Objections re Draft Findings of PSI Report\02-25-07.

Case 1:06-cr-00056     Document 21     Filed 02/27/2007     Page 1 of 4

1  he needed these items to ensure safety out in the open seas in the event of bad weather and poor
2  visibility conditions between Tinian and Saipan. Secondly, Defendant disputes the statement as
3  provided in Paragraph 15. Defendant maintains that he had no knowledge that there were other
4  Chinese individuals to be picked up. Defendant submits that he was under the impression that he was
5  only picking up Mu Jin when Mu Jin contacted Defendant to pick him up. Lastly, Defendant further
6  disagrees with SA Hernandez' statement concerning whether the Defendant heard any sirens.
7  According to Defendant, he informed SA Hernandez that he heard no sirens nor noise.

8  ### III. <u>LEGAL OBJECTIONS TO THE PSI REPORT:</u>

9  Defendant, **NORMAN A. MANGLOÑA** (hereinafter "MANGLOÑA), objects to the
10  computations as determined by the U. S. Probation Office in computing the total adjusted offense level
11  as provided in the Federal Sentencing Advisory Guidelines. Specifically, Defendant **MANGLOÑA**,
12  objects to the adjusted computation offense level of 10. First of all, Defendant objects to the Probation
13  Office's reliance on the 2006 Federal Sentencing Guidelines Manual in calculating the total offense
14  level. By applying the 2006 Federal Sentencing Guidelines, Defendant would not be entitled to three
15  (3) credit reduction for "committing the offense not for profit" as provided in 2L1.1b(1) under the of
16  the "Specific Offense Characteristics" category. More importantly, Defendant submits that the offense
17  was committed on or around February 27, 2004. Taking this into consideration, the Court should rely
18  on the 2004 Federal Sentencing Guidelines Manual.

19  §1B1.11 of the 2006 Federal Sentencing Guidelines Manual provides in relevant part:

20  " (b)(1) If the Court determines that the use of the Guidelines Manual
21  in effect on the date that the defendant is sentenced would violate the
22  ex post facto clause of the United States Constitution, **the court shall**
23  **use the Guidelines Manual in effect on the date that the offense of**
24  **conviction was committed."** (Emphasis Added).

25  Defendant further contends that application of the 2006 Federal Sentencing Guidelines Manual
26  raises serious due process considerations. See generally *U. S. v. Sweeten, 933 F. 2d 765 (1991)*.

27  In summary, by applying the 2004 Federal Sentencing Manual, Defendant submits that he would

28

29

CVE/abs
L:\CVE-CLIENTS\Manglona, Norman\Statement of Objections re Draft Findings of PSI Report\02-25-07.
Case 1:06-cr-00056    Document 21    Filed 02/27/2007    Page 2 of 4

be entitled to a three (3) credit reduction. Thus, the total adjusted level should be a level seven (7),

reflecting a range of 0 to 6 months.

Dated this 27th day of February, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By:

CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CVE/abs
L:\CVE-CLIENTS\Mangloña, Norman\Statement of Objections re Draft Findings of PSI Report\02-25-07.

Case 1:06-cr-00056    Document 21    Filed 02/27/2007    Page 3 of 4

## CERTIFICATE OF SERVICE

1

2

3      I, **GENEVIEVE P. MESA**, Legal Secretary with the Law Office of Cynthia V. Ecube, Esq., P.C.,

4  hereby certify that on the 27th day of February, 2007, I caused to be served via facsimile a copy of

5  "Defendant Mangloña's Statement of Objections regarding the Draft Findings of the Pre-Sentence

6  Investigation Report" in Criminal Case No. 06-00056, to:

7

8                                **KARON JOHNSON,** Esq.
                             Assistant U. S. Attorney
                              U. S. Attorney's Office
9                              Sirena Plaza, Suite 500
                            108 Hernan Cortez, Suite 500
10                              Hagåtña, Guam 96910

11                                    and to,

12                                **CARLYN BORJA**
                          United States Probation Officer
13                           United States Probation Office
                              2nd Floor, District Court
14                              520 W. Soledad Ave.
                              Hagåtña, Guam   96910

15

16

17  _____
                              GENEVIEVE P. MESA

18

19

20

21

22

23

24

25

26

27

28

29

CVE/abs
L:\CVE-CLIENTS\Mangloña, Norman\Statement of Objections re Draft Findings of PSI Report\02-25-07.

Case 1:06-cr-00056      Document 21      Filed 02/27/2007      Page 4 of 4