LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

*Attorney for Defendant*
**NORMAN A. MANGLOÑA**

FILED
DISTRICT COURT OF GUAM
MAR 15 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00056. |
| Plaintiff, ) | |
| vs. ) | DEFENDANT MANGLOÑA'S POSITION STATEMENT IN RESPONSE TO FINDINGS OF THE FINAL PSI REPORT |
| NORMAN A. MANGLOÑA, ) | |
| Defendant. ) | |

## I. INTRODUCTION

COMES NOW, Defendant, **NORMAN A. MANGLOÑA**, by and through his Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.** with the **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ., P.C.**, and hereby submits its Position Statement in response to the Findings of the final Pre-Sentence Investigation Report (hereinafter "PSI Report") filed in the above-entitled criminal matter, herein.

## II. FACTUAL OBJECTIONS TO THE FINAL PSI REPORT:

In response to the Probation Office's Response and Addendum to the Final PSI Report dated March 9, 2007, Defendant reaffirms his objections as to the statements as contained in Paragraph 13 of the PSI. Defendant maintains that the Probation Office should incorporate his statements he provided to the Probation office during his interview concerning his lack of knowledge of Mu Jin's

ORIGINAL

CVE/abs
L:\CVE CASE FILES\Manglona, Norman\Statement of Objections re Final Findings of PSI Report 03-14-07.
Case 1:06-cr-00056   Document 22   Filed 03/15/2007   Page 1 of 3

intentions to enter Guam by boat, and his admission of purchasing a cell phone and GPS handset for Mu Jin at the request of Jin in order to ensure safety out in the open seas in the event of bad weather and poor visibility conditions between Tinian and Saipan. Additionally, Defendant re-affirms his objections as provided in Paragraph 15 concerning his lack of knowledge that there were other Chinese individuals to be picked up. Defendant was told by Jin to pick him up when Mu Jin contacted Defendant to pick him up. Further, Defendant maintains his statement that he informed SA Hernandez that he heard no sirens nor noise.

### III. LEGAL OBJECTIONS TO THE PSI REPORT:

Defendant, **NORMAN A. MANGLOÑA** (hereinafter "**MANGLOÑA**), agrees to the Probation Office's reconsideration of the applicable guideline manual, which is the 2003 Federal Sentencing Guidelines Manual. In applying the 2003 Federal Sentencing Manual, Defendant submits that the total adjusted level should be a level seven (7), reflecting a range of 0 to 6 months. Defendant, however, objects to the recommendation that a fine be imposed based upon the calculated income and debt ratio as stated in Paragraph 54. Defendant argues that the net cash flow of $454.64 is significantly small in that it does not factor into any other potential and unforeseeable expenses. Based upon this, Defendant submits that the Court should not assess or impose a fine. Defendant further adopts all the other findings and conclusions as stated in the Final PSI Report filed herein. Counsel for Defendant further intends to argue the minimum level under the advisory guidelines at the time of Defendant's sentencing hearing.

Dated this 14th day of March, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

CVE/abs
L:\CVE\CASE FILES\Mangloña, Norman\Statement of Objections re Draft Findings of PSI Report 03-14-07.

Case 1:06-cr-00056 Document 22 Filed 03/15/2007 Page 2 of 3

# CERTIFICATE OF SERVICE

I, **GENEVIEVE P. MESA**, Legal Secretary with the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 14th day of March, 2007, I caused to be served via facsimile a copy of "Defendant Mangloña's Position Statement regarding the Findings of the Final Pre-Sentence Investigation Report" in Criminal Case No. 06-00056, to:

**KARON JOHNSON**, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

and to,

**CARLYN BORJA**
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

_____
GENEVIEVE P. MESA

CVE/abs
L:\CVE\CLIENTS\Mangloña, Norman\Statement of Objections re Findings of PSI Report 03-14-07.
Case 1:06-cr-00056 Document 22 Filed 03/15/2007 Page 3 of 3