LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889
Telecopier: (671) 472-8890
Email Address: ecubelaw@netpci.com

Attorney for Defendant
NORMAN A. MANGLOÑA

FILED
DISTRICT COURT OF GUAM
MAR 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00056 |
| Plaintiff, ) | |
| ) | DEFENDANT MANGLONA'S |
| vs. ) | SUBMISSION OF LETTERS OF |
| ) | SUPPORT FOR SENTENCING |
| NORMAN A. MANGLOÑA, ) | |
| Defendant. ) | |

COMES NOW, Defendant, **NORMAN A. MANGLOÑA**, by and through his Court appointed counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and hereby submits the following letters of support, which are duly marked and designated as Exhibits "A-1" to "A-8", for consideration on behalf of the Defendant at Sentencing.

Dated this 16th of March, 2007.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

**ORIGINAL**

CVE\gpm
L:Servers\My Documents\CVE-Clients\Manglona, Norman\Submission of Letters of Support 3.16.07

Case 1:06-cr-00056    Document 25    Filed 03/19/2007    Page 1 of 10

# CERTIFICATE OF SERVICE

I, **AMBER B. SANCHEZ**, Legal Secretary, working in the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 16th day of March, 2007, I caused to be served by facsimile and personal service a copy of " Defendant Mangloña's" in Criminal Case No.: 06-00056.

**KARON JOHNSON, ESQ.**
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña,, Guam 96910
(671) 472-7334

and to,

**CARLYN BORJA**
United States Probation Officer
United States Probation Office
2nd Floor, District Court
520 W. Soledad Ave.
Hagåtña, Guam 96910

_____
AMBER B. SANCHEZ

CVE\gpm
L:Serve\My documents\CVE Clients\Mangloña, Norman\Submission of Letters of Support 2-16-07
Case 1:06-cr-00056   Document 20   Filed 03/16/2007   Page 2 of 10


# Calvo Enterprises, Inc.

February 27, 2007

Honorable Judge
U.S. District Court of Guam
4th Floor U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Dear Judge:

I am submitting this letter in support of Mr. Norman Manglona, whom I have known for over 26 years. Norman was first employed with Calvo Enterprise, Inc. at Payless Supermarkets in December 1980. It was not long before, I came to hear of the outstanding work he did for our company. He was highly regarded and respected by all Management staff for his strong work habits and trustworthiness. Throughout his tenure at Payless, he continued to excel in all levels eventually becoming the Warehouse Manager. Unfortunately, in 1996, his wife became very ill which required him to resign from employment so that he could take her off-island for medical care. In 2002, he returned to the island and was immediately picked back up by Payless as the Manager for one of their off-site warehouses. At about this time, one of our other companies, Market Wholesale Distributors, Inc. (MWD) was experiencing challenges with employee pilferage, warehouse disorganization, and terrible delivery operations. Thus, I specifically requested that Norman be transferred there to run the company's warehouse and operations. I assure you that this was done as a direct result of my confidence in Norman's honesty and integrity. Within 6 months, Norman was able to clean out the operations at Market Wholesale and get the department in line with company goals. Since 2002, despite repeated requests from Payless for his return, I have kept him at MWD because I wholeheartedly trust him. In the 26 years that I have known him, I have never doubted his abilities or his honesty. Thus, I have no hesitation in attesting to his good morale character and kindly request that the court take this into consideration with case before it.

Should you have any questions, or require additional information, please do not hesitate to contact me at 472-6852.

Sincerely,

Thomas J.M. Calvo
Vice-President
Calvo Enterprises, Inc.

EXHIBIT "A-1"



116 Chalan Santo Papa
Hagatna, Guam 96910
Tel: (671) 477-9266 • Fax: (671) 477-8308
Email- mbenito@paylessmarkets.com

March 12, 2007

U.S. District Court of Guam
520 West Soledad Avenue
Hagatna, Guam 96910

Re: Norman Manglona

Your Honor,

My name is Michael T. Benito and I am the General Manager of Payless Supermarkets Inc.. I am writing on behalf of Mr. Norman Manglona who I have known both personally and professionally for the last 18 years.

Norman has been a loyal and committed member of the Payless family for over 27 years and in that time has proven to be one of our most valued employees. His work ethic is unmatched and he is extremely well-respected throughout the company. Although he currently works for Market Wholesale & Distributors, I have asked their General Manager, as a personal favor to me, to temporarily assign him to our company to straighten out our Distribution Center. In the past two months, he has done an outstanding job getting us back on track.

On a personal note, Norman has been a good friend of mine for quite some time. He has proven to be loyal and accommodating and always looking to help out when he can.

If you have any questions or concerns, please feel free to call me at any time. I'd be glad to provide any information that may be useful to you.

Sincerely,

Michael T. Benito
General Manager

EXHIBIT "A-2"

SERVING GUAM AND MICRONESIA



**MARKET WHOLESALE DISTRIBUTORS, INC.**

February 20, 2007

Honorable Judge
U.S. District Court of Guam
4th Floor U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Dear Judge:

Mr. Norman Manglona is employed as the Warehouse and Operations Manager for Market Wholesale Distributors, Inc. I have been his direct supervisor for close to 2 years and have worked with him on a daily basis on matters pertaining to the company. Norman is an outstanding employee who has demonstrated his loyalty, honesty, and integrity on the job. Without hesitation, I would attest to his good morale character. Although I am aware that he has made a mistake, I know that as a general rule, he is a law abiding honest person who would not intentionally commit wrongful acts.

When I first came to the company I was highly impressed with the manner in which Norman runs the Warehouse and Operations of Market Wholesale. He has high standards of cleanliness and organization that has resulted in consistent compliments from visitors, suppliers, customers, etc. Norman is well respected by his employees for his fairness, impartiality, and knowledge. He is highly dependable, has good work habits, and can be counted on to achieve results with minimal supervision. Furthermore, Norman has been instrumental in identifying and resolving past issues of theft or improper use of company property. Indeed, his reputation for the aforementioned is well known in Calvo Enterprises. This has resulted in a direct request from the General Manager of Payless Supermarket's for a temporary assignment to their company to assist them in cleaning out their warehouse operations. This is not a request that would be made without complete confidence in Norman's moral character. Both the Payless General Manager and I have the utmost respect for Norman and count on his trustworthiness.

It is for this reason that I humbly request your honor's consideration of Norman's good morale character and otherwise strong record of honesty and integrity when deciding upon the matter before the court. Should you have any questions, or require additional information, please do not hesitate to contact me through my direct line at 477-6692.

Sincerely,

Christine Won Pat Baleto
General Manager

EXHIBIT "A-3"

751 CHALAN MACHAUTE, SUITE 106
MAITE, GUAM 96910
PHONE: (671) 477-9018/8976   FAX: (671) 477-4294



# MUNICIPALITY OF AGANA HEIGHTS
## Mayors' Council of Guam
*Konsehelon Mahot Guahan*

P.O. Box 786 Agana, Guam 96932

March 13, 2007

To Whom It May Concern:

    It has been my privilege to know Mr. Norman Manglona, a man who has always offered his assistance to our community and others as well. Of all the years that I have known Mr. Manglona he has been a patient, respectful, friendly and outgoing individual. His involvement in community activities makes him a valuable asset to our community.

    I can attest to his professionalism and dedication to serve our island. He is a model individual who is respected and admired by many within our community. His sincere and aggressive involvement with our community activities definitely benefits all.

    I have personally known Norman and his family for over thirty (30) years. In fact, his father, Mr. Ben Manglona, is a retired Mayor of Tinian. I can attest that for all the years that I have known Norman and his family (the Manglona's), I have known them to be a model family in both Tinian and Guam.

    Should additional information be needed, please do not hesitate to contact 472-8285/6.

Sincerely yours,

PAUL M. MCDONALD
Mayor

EXHIBIT "A-4"

OFFICE OF THE MAYOR
Office: (671) 472-8285/8286/6393 Fax: (671) 472-6124



*Office of the Mayor*
District of Chalan Pago - Ordot

PEDRO I. BORJA
MAYOR

March 14, 2007

To Whom It May Concern:

This is to provide a character reference for Mr. Norman Manglona whom I have known for several years. Having gotten to know Norman so well over the past few years, I believe puts me in a position to provide you with a pretty accurate assessment of his character.

I have known Norman in a variety of capacities for the past several years. For the years that Mr. Manglona has been my neighbor, he has come across as a very quiet, friendly, and business-minded man. I have been impressed with his dedication to any endeavor he has been involved with. He demonstrates a giving and generous nature in his free time as evidenced by his involvement in church activities. He and his family regularly attend church service at the Chalan Pago Catholic Church.

In summary, I would have to say that Norman Manglona is a fine, well-balanced person with an abundance of positive qualities.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Pedro I. Borja
**Mayor**

EXHIBIT "A-5"

March 12, 2007

Santa Teresita Catholic Church
192 Vietnam Veteran's Hwy.
Mangilao, Guam  96913

Your Honor,

    I am writing this letter of character for Mr. Norman A. Manglona. I had the pleasure of knowing Norman and his family while assigned as pastor of Our Lady of Peace and Safe Journey in Chalan Pago. During the time of my ministry as pastor, his family have always been very faithful parishioners. Norman was a very helpful person and generous with his time. He made himself available for many parish functions and activities. I've always known Norman as a church-going and family person.

    I am hoping that this letter will help his cause and ask for leniency on his behalf. Should there be any concerns or questions about him, please feel free to contact me at the parish of Santa Teresita in Mangilao. My contact numbers are 734-2171 or 734-2100.

    Thank you and God bless you.

Sincerely,

*[signature]*
Fr. Felixberto C. Leon Guerrero, O.F.M.Cap.
Pastor

March 7, 2007

TO: PRESIDING JUDGE

FROM: CARMELITA P. CASTRO

SUBJECT: NORMAN MANGLONA

Your Honor, I Carmelita P. Castro have known Norman Manglona for numerous years. We've met working together working for the same company, Pay-Less Markets, Inc., he working as a warehouse supervisor and now currently as warehouse manager. I am also a baptismal godparent to his youngest son Storm Owen.

Norman is a quiet person. He is a serious, hard working, very neat and organized when working both at work and at home. When there's work to be done, you can always rely on Norman that he will get the job completed.

Norman is great with his wife Katherine and three children. His son, Norman the eldest just graduated from college, Tavia, a daughter, graduated from high school and attending college and Storm-Owen attending elementary school. They spend a lot of family time with barbecues, picnics, shopping and movies.

Norman has been a very good law abiding individual.

Sincerely,

*CP Castro*

Carmelita P. Castro
358 Pale Kieran Hickey Drive
Sinajana, Guam 96910
Phone: hm – 671-477-7039
Phone: wk – 671-477-9266
Fax: wk – 671-477-2985
Email: wk – titac@paylessmarkets.com

EXHIBIT "A-7"

Your Honor

No words could describe Norman Manglona, because there is no other man like him. In the seven years I've been on Guam, I've never met such a person with high moral and integrity like him, and that's hard to come by this time and age. We've been friends for two years, but it seems I've known him all my life. He has been there for my family and I threw good times and bad. I've never known an individual who would go out of his way to help others in any way he can without hesitation. I am fortunate to have Norman as a friend.

Thank you.

David Serious

EXHIBIT "A-8"