**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00056            DATE: April 05, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 10:52:42 - 11:32:11
CSO: J. Lizama / J. McDonald

**APPEARANCES:**
Defendant: Norman A. Manglona          Attorney: Cynthia V. Ecube
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson          U.S. Agent: Mike Hernandez, Immigration and Customs
U.S. Probation: Carleen Borja          U.S. Marshal: V. Roman / D. Punzalan
Interpreter:          Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>2 Years</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay a fine of $1,000.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: Agent Michael Hernandez was sworn and examined.