PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**          **X** **Notice of Disposition**

Date:                          Date: **April 5, 2007**
By:                            By: **Frances M. Tydingco-Gatewood**
                                   **Chief Judge**

---

Defendant: **MANGLONA, Norman Aquiningoc**     Case Number: **CRIMINAL CASE #06-00056-001**

Date of Birth: **XX-XX-1962**                  Place of Birth: **San Vicente, Saipan**

SSN: **XXX-XX-8500**

==============================================================

**NOTICE OF COURT ORDER** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

**X** Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ✗ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)