

**FILED**
DISTRICT COURT OF GUAM
APR 24 2007
MARY L.M. MORAN
CLERK OF COURT

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for                                             Serial Number
the Districts of Guam and the NMI                                                   001

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant: Norman A. Manglona            Residence:        Chalan Pago, GU  96910
            SSN: XXX-XX-8500
            DOB: XX-XX-1962                      Mailing Address:  Hagatna, GU  96932

Court Imposing Judgment:   U.S. District Court of Guam
       Court Number:   CR-06-00056

Amount of Judgment:   $1,100.00
   Date of Judgment:  04-09-2007
   Entry of Judgment: 04-09-2007

Rate of Interest When Payment is Deferred by Court:    n/a

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing:   U.S. District Court of Guam &
                   Department of Land Management

This notice was prepared and signed at U.S. Attorney's Office on this, the 23rd day of April, 2007.

Signature                                  Title

_____                  _____
MARIVIC P. DAVID                           Assistant U.S. Attorney
                                           (671) 472-7332

---

UNITED STATES OF AMERICA,       CLERK'S OFFICE           U.S. DISTRICT COURT
                                                         FOR THE DISTRICT OF GUAM
                                                                             SS.

I CERTIFY, That the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

Date, _____APR 2 4 2007_____

_____MARY L.M. MORAN_____, Clerk.

By _____, Deputy Clerk.



RECEIVED
APR 23 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM