FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00056-001 |
| Plaintiff, | |
| vs. | **ORDER RELEASING PASSPORT** |
| NORMAN A. MANGLONA, | |
| Defendant. | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 27, 2007