# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00056-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| NORMAN A. MANGLONA, ) | |
| Defendant. ) | |

On April 5, 2007, Norman A. Manglona was sentenced in the District Court of Guam for Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), 18 U.S.C. §2., and 6 U.S.C. §§ 251 & 557. He was sentenced to a term of two years probation.

On August 3, 2007, Mr. Manglona submitted a request to travel to Tinian, to visit his family and check on his homes. He plans on leaving Guam on August 18, 2007 and is expected to return on August 26, 2007.

Mr. Manglona has satisfactorily adjusted to supervision. He paid his $100 special assessment fee and has a $1,000 fine, to which he makes regularly scheduled payments. In addition, Mr. Manglona submits monthly supervision reports in a timely manner, and is gainfully employed. This Officer supports his travel request and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File