PROB 37
(Rev. 7/71)

# UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

## PERMISSION TO TRAVEL

ADDRESS OF PROBATION OFFICE

**U.S. PROBATION OFFICE**
2nd Floor, U.S. District Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Tel: (671) 473-9201

---

**Norman A. Manglona**
**Criminal Case No. 06-00056-001**
**SS# XXX-XX-8500**
**DOB: XX-XX-1962**
**HT: 5' 7" / WT: 230 lbs.**



DATE: __August 10, 2007__

YOU ARE AUTHORIZED TO TRAVEL TO **Tinian**

LEAVING __August 18, 2007__ AND RETURNING __August 26, 2007__

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit family and check on his homes.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of probation while in Tinian;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/ location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO

UNITED STATES PROBATION OFFICER

NAME    Not Applicable

ADDRESS

[X] APPROVED    [ ] DISAPPROVED

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 13, 2007**