# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00056-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| NORMAN A. MANGLONA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 5, 2007, Norman A. Manglona was sentenced in the District Court of Guam for Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), 18 U.S.C. §2., and 6 U.S.C. §§ 251 & 557.  He was sentenced to a term of two years probation.

On October 22, 2007, Mr. Manglona  submitted a request to travel to Tinian, to exercise his constitutional right to vote, and visit his family.  He plans on leaving Guam on November 2, 2007 and is expected to return on November 5, 2007.

Mr. Manglona has satisfactorily adjusted to supervision. He paid his $100 special assessment fee and has a $1,000 fine, to which he makes regularly scheduled payments.  In addition, Mr. Manglona submits monthly supervision reports in a timely manner, and is gainfully employed.  He has been allowed to travel previously and returned without incidence. This Officer supports his travel request and seeks Court approval.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:       /s/ JUDY ANNE L. OCAMPO
          U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:     File