| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Norman A. Manglona**
Criminal Case No. 06-00056-001
SS# XXX-XX-8500
DOB: XX-XX-1962
HT: 5' 7" / WT: 230 lbs.



DATE: **March 14, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Manila, Republic of the Philippines**

LEAVING **March 21, 2008** AND RETURNING **April 5, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To assist family members who require medical treatment.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of probation while in Manila, Republic of the Philippines;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/ location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME  Not Applicable       ☐ APPROVED    ☐ DISAPPROVED
ADDRESS