# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00056-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| NORMAN A. MANGLONA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      On April 5, 2007, Norman A. Manglona was sentenced in the District Court of Guam for Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii), 18 U.S.C. §2., and 6 U.S.C. §§ 251 & 557. He was sentenced to a term of two years probation.

      On July 3, 2008, Mr. Manglona submitted a request to travel to Tinian to visit his family members. He plans on leaving Guam on July 25, 2008 and is expected to return on August 3, 2008.

      Mr. Manglona has satisfactorily adjusted to supervision. He paid his $100 special assessment fee and $1,000 fine. Mr. Manglona submits monthly supervision reports in a timely manner, and is gainfully employed. He has been allowed to travel previously and returned without incidence. This Officer supports his travel request and seeks Court approval.

      Respectfully submitted,

      ROSSANNA VILLAGOMEZ-AGUON
      Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
      U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    File