**MANGLONA_N.ref**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attor4ney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00056 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION TO REFUND |
| v. | ) | OVERPAYMENT OF FINE |
| | ) | |
| NORMAN A. MANGLONA, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION

On April 5, 2007, Defendant NORMAN A. MANGLONA was sentenced, among other things, to pay a $100.00 special assessment fee and a fine in the amount of $1,000.00. Plaintiff petitions the Court to refund the overpaid portion of the fine imposed against the Defendant:

1. The following special assessment and fine was imposed against Defendant:

$\underline{\$\ 100.00}$   Amount of Special Assessment Fee

$\underline{\$1,000.00}$   Amount of Fine

$\underline{\$1,200.00}$   Amount collected (see attachment A)

$\underline{\$\ 100.00}$   Amount overpaid

//

//

flu/mp

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $100.00 to Norman A. Manglona and mailing the check to his address as provided by our office.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 7th day of August, 2008.

        LEONARDO M. RAPADAS  
        United States Attorney  
        Districts of Guam and the NMI

By: /s/ Mikel W. Schwab  
     MIKEL W. SCHWAB  
     Assistant U.S. Attorney  
     mikel.schwab@usdoj.gov  
     JESSICA F. CRUZ  
     Assistant U.S. Attorney  
     Jessica.F.Cruz@usdoj.gov

flu/mp