# U.S. Courts
# Case Inquiry Report

**Case Number** DGUX106CR000056    **Case Title** USA V. MANGLONA

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | NORMAN A. MANGLONA | FINE-CRIME VICTIMS FUND | 1,000.00 | 1,000.00 | 0.00 |
| 001 | NORMAN A. MANGLONA | SPECIAL PENALTY ASSESSMENT | 100.00 | 100.00 | 0.00 |
| 001 | NORMAN A. MANGLONA | OVERPAYMENT | 100.00 | 100.00 | 0.00 |
|   |   |   | 1,200.00 | 1,200.00 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV000304 | NORMAN A. MANGLONA | 100.00 | 0.00 | 100.00 |
|   |   | 100.00 | 0.00 | 100.00 |

**Registry Information:**

**Depository Code**   **Depository Name**   **Account Type**   **Account Code**   **Depository Total**

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CK 310 DGUX106CR000056-001 | 01/04/2008  2 | 01/31/2008 SPECIAL PENALTY ASSESSMENT | PR |  | 100.00 | NORMAN A. MANGLONA | O | 99 | 504100 |
| CK 310 DGUX106CR000056-001 | 01/04/2008  1 | 01/31/2008 FINE-CRIME VICTIMS FUND | PR |  | 800.00 | NORMAN A. MANGLONA | O | 99 | 504100 |
| CT 33898 DGUX106CR000056-001 | 02/05/2008  1 | 02/06/2008 FINE-CRIME VICTIMS FUND | PR |  | 100.00 | NORMAN A. MANGLONA | O | 04 | 504100 |
| CT GUX000174 DGUX106CR000056-001 | 03/05/2008  1 | 03/06/2008 FINE-CRIME VICTIMS FUND | PR |  | 100.00 | NORMAN A. MANGLONA | O | 04 | 504100 |
| CT GUX000174 DGUX106CR000056-001 | 03/05/2008  3 | 03/06/2008 OVERPAYMENT | PR |  | 100.00 | NORMAN A. MANGLONA | O | 06 | 6855XX |

**Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |