**MANGLONA_N.ord**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 671-472-7332
FAX: 671-472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORMAN A. MANGLONA, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 06-00056 <br><br> **O R D E R** <br><br> Re: United States Petition to <br> Refund Overpayment of Fine |

Based upon the Plaintiff's Petition to Refund Overpayment of Fine, the Court hereby orders the overpaid portions of the fine in the amount of $100.00 shall be refunded to Norman A. Manglona by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant Norman A. Manlgona shall be refunded to him.

**IT IS SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Aug 11, 2008**